UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD GARZA, et al.,<br><br>Defendants. | Case No.  15-cv-03406-EDL   (SK)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE**<br><br>Regarding Docket No. 43 |

Before the Court is a stipulation and proposed order to vacate the settlement conference scheduled for January 5, 2017 on the grounds that the parties have tentatively settled the case. The currently scheduled settlement conference is VACATED.

By January 12, 2017, the parties must submit a joint statement (not to be filed but transmitted by email to SKPO@cand.uscourts.gov) to notify the Court of the state of settlement. If the parties have not memorialized the settlement in writing by that date, the Court will set a new date for settlement conference.

**IT IS SO ORDERED**.

Dated: December 30, 2016

_____
SALLIE KIM
United States Magistrate Judge