HENRY Y. CHIU  222927
TUCKER CHIU HEBESHA SEYMOUR PC
642 Pollasky Avenue, Suite 230
Clovis, California 93612
Telephone:  (559) 472-9922
Facsimile:   (559) 472-9892

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE TRUST FUND; PIPE TRADES DISTRICT COUNCIL NO. 36 PENSION TRUST FUND; PIPE TRADES DISTRICT COUNCIL NO. 36 JOURNEYMAN AND APPRENTICESHIP TRAINING TRUST FUND; CENTRAL CALIFORNIA PIPE TRADES INDUSTRY LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND; MECHANICAL CONTRACTORS COUNCIL OF CENTRAL CALIFORNIA; AND INTERNATIONAL TRAINING FUND;<br><br>        Plaintiffs,<br><br>    v.<br><br>RICHARD GARZA dba GARZA PLUMBING; AMERICAN CONTRACTORS INDEMNITY COMPANY; and DOES 1 through 50;<br><br>        Defendants. | Case No.: 3:15-cv-03406-EDL<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS WITH PREJUDICE** |

Plaintiffs and Defendants stipulate as follows:

The parties previously entered into a written Settlement Agreement. Pursuant to the terms of said Agreement and in light of Defendants compliance therewith, Plaintiffs hereby dismiss Defendants *with* prejudice, from the present action.

///

Plaintiffs and Defendants therefore request an order, as to the following:

1. That pursuant to the terms of the Settlement Agreement, the Court dismiss Richard Garza dba Garza Plumbing, American Contractors Indemnity Company, and Does 1 through 50 from the present action, *with* prejudice; and

2. that Plaintiffs and Defendants shall each bear their own costs and attorneys' fees incurred in litigating the claims with respect to one another.

Dated: February 13, 2018.            TUCKER CHIU HEBESHA SEYMOUR PC


By      */s/ Henry Y. Chiu*
       HENRY Y. CHIU
       Attorney for Plaintiffs

Dated: February 13, 2018.            TUCKER CHIU HEBESHA SEYMOUR PC


By      */s/ Ralph P. Guenther*
       RALPH P. GUENTHER
       Attorney for Defendants


### ORDER

The above Stipulation is accepted and adopted by the Court.

Plaintiffs' claims against Richard Garza dba Garza Plumbing, American Contractors Indemnity Company and Does 1 through 50 are hereby dismissed, *with* prejudice, with the stipulating parties to bear their own respective costs and attorneys' fees incurred in litigating the claims between themselves.

IT IS SO ORDERED.


Dated: _____        _____
                                     UNITED STATES MAGISTRATE JUDGE

6151.40-PLDG-Stip & Order to Dimsiss